IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY,                                                                                          PLAINTIFF
ADC #760343

v.                             NO. 1:14CV00062 JLH-JTR

NURZUHAL FAUST, Warden,
McPherson Unit, ADC, *et al.*                                                                      DEFENDANTS

## ORDER

Lisa Murphy has filed a motion to dismiss this *pro se* § 1983 action voluntarily. The defendants have informed the Court, *via* email, that they do not object to Murphy's request. Therefore, the motion for voluntary dismissal is granted, and this case is dismissed without prejudice. Document #20. Defendants' motion for partial summary judgment is dismissed as moot. Document #12. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of November, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE