**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| LISA R. MURPHY,<br>ADC #760343 | PLAINTIFF |
| v.   NO. 1:14CV00062 JLH-JTR | |
| NURZUHAL FAUST, Warden,<br>McPherson Unit, ADC, *et al.* | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered separately today, this case is voluntarily dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 10th day of November, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE