**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA R. MURPHY,                                                                                                          PLAINTIFF
ADC #760343

v.                                                  NO. 1:14CV00062 JLH

NURZUHAL FAUST, Warden,
McPherson Unit, ADC, *et al.*                                                                                  DEFENDANTS

## ORDER

Lisa Murphy currently has eleven *pro se* § 1983 actions pending. On November 6, 2014, she filed a motion seeking permission to voluntarily dismiss four of her cases, including this case. Document #20. On November 10, 2014, the Court granted the motion and dismissed this case without prejudice. Documents #21 and #22. Later that day, Murphy filed a motion seeking permission to withdraw her request to voluntarily dismiss this action. Document #23. Before ruling on that motion, the Court must be sure that Murphy intends to continue with the specific claims she has raised against the defendants in this lawsuit – and not claims she has pending in separately filed actions.

Accordingly, the Clerk is directed to mail Murphy the docket sheet for this case and the September 4, 2014 screening Opinion and Order allowing her to proceed with failure to protect, corrective inaction, and failure to train claims against Faust, Weekly, Whaley, and Dixon. Document #5. If Murphy wishes to continue to pursue any or all of those claims, she must file, **within thirty days of the entry of this Order**, a Motion to Reopen that: (1) is labeled *Murphy v. Faust*, No. 1:14CV00062 JLH; and (2) clearly states which claims she wishes to pursue. If Murphy does not timely and properly do so, her motion to withdraw will be denied and this case will remain closed.

IT IS SO ORDERED this 12th day of November, 2014.

                                                            _____
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE